*P/SEND*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7276-GHK (PLAx) | Date | September 28, 2011 |
|---|---|---|---|
| Title | *Antonia Camarena v. MGM Resorts International, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers) Order to Show Cause

    Plaintiff Antonia Camarena ("Plaintiff") filed her Complaint on September 2, 2011, asserting a negligence claim against Defendants MGM Resorts International and Circus Circus Hotel and Casino ("Defendants").  The Complaint contains no allegation as to why venue is proper in this judicial district.

    Under 28 U.S.C. § 1391(a), a civil action founded solely on diversity of citizenship may only be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . , (3) or a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought."

    The Complaint alleges that Plaintiff is a citizen of the State of California and that Defendants are citizens of the State of Nevada.  The Complaint also seems to indicate that the events giving rise to this action occurred on the premises of the Circus Circus Hotel and Casino in Las Vegas.  Thus, it does not appear that any Defendants reside in the Central District of California – or in California at all for that matter – or that any of the events giving rise to the claim occurred in the Central District of California.

    As Plaintiff's Complaint does not reveal any basis for venue in the Central District of California, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, **within twelve (12) days**, as to why this matter should not be (1) dismissed because venue is improper in this Court, or in the alternative (2) transferred to the United States District Court for the District of Nevada at Las Vegas.  Plaintiff's failure to timely and adequately show cause shall be deemed Plaintiff's admission that venue is improper in this Court, and the action will be dismissed or transferred.

    **IT IS SO ORDERED.**

                                                                                                       :

Initials of Deputy Clerk     IR forBea